Outlook

**Sotos 22-cr-40027**

| | |
|---|---|
| **From** | Hassink, Stephen (USAMA) <Stephen.Hassink@usdoj.gov> |
| **Date** | Wed 2026-01-28 3:59 PM |
| **To** | Michael Tumposky <tumposky@tumposkylaw.com>; John Day <jday@daylaw.com> |
| **Cc** | Cummings, Torey (USAMA) 2 <Torey.Cummings@usdoj.gov> |

Hi Mike and John,

On Friday, while we were on a break during the sentencing hearing of your clients, one of Judge Guzman's interns / clerks approached Torey with an envelope.  The intern stated that it was from the Judge and was for the victim.  Torey did not open the envelope and did not know its contents.  Torey handed the envelope to Agent Fleischmann.  The sentencing hearing then resumed.  After the sentencing hearing, we opened the envelope.  It contained a card with a message in it from the Judge along with several seashells.  We have not yet provided this to the victim and are happy to provide you with a copy of the card once we obtain it from HSI.

Thanks,
Steve


Stephen Hassink
Chief, Narcotics and Money Laundering Unit
District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Office: (617) 748-3148
Cell: (857) 241-6745