UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 22-40027-MJJ |
| ) | |
| MOISES SOTO and ) | |
| KIERSTEN SOTO ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of the Defendants' Motion to Vacate Sentence, and for good cause shown, it is hereby ORDERED:

1.   The motion is GRANTED.

2.   The sentences imposed upon Moises Soto and Kiersten Soto on January 23, 2026 are hereby VACATED.

3.   This Order is without prejudice to any claims by the Defendants concerning the validity of the underlying convictions.

SO ORDERED.



/s/ Myong J. Joun
_____
United States District Judge

Date: 7/20/2026 _____